UNITED STATES DISTRICT COURT
DISTRICT OF NEW MEXICO

## Clerk's Minutes
## Before the Honorable James O. Browning

| | | | |
|---|---|---|---|
| **CASE NO.** | CR 17-0362 JB | **DATE:** | 4/21/2022 |
| **TITLE:** | *USA v. Cerpa-Coy* | | |
| **COURTROOM CLERK:** | L. Rotonda | **COURT REPORTER:** | J. Bean |
| **COURT IN SESSION:** | 8:46 AM | **TOTAL TIME:** | 0:07 |

**TYPE OF PROCEEDING:** STATUS CONFERENCE

**COURT RULING/DISPOSITION:**   SEE BELOW

| **ATTORNEYS PRESENT FOR PLAINTIFF(S):** | **ATTORNEYS PRESENT FOR DEFENDANT(S):** |
|---|---|
| Kimberly Brawley | Todd Bullion |

**PROCEEDINGS:**

**COURT IN SESSION: 8:46 AM**

**COURT:** CALLS CASE, COUNSEL ENTER APPEARANCES. COURT INTERPRETER ORIVE SWORN IN.

COURT NOTES THAT MATTER IS BEFORE THE COURT ON TWO PETITIONS TO MODIFY CONDITIONS OF SUPERVISION.

**8:49 AM** QUERIES MR. BULLION REGARDING REQUESTS MADE BY PROBATION.

**8:51 AM MR. BULLION:** INDICATES WILL AGREE TO HAVING CONDITIONS ADDED.

**COURT:** INDICATES WILL GRANT PETITIONS.

**8:52 AM COURT:** QUERIES USPO MARTINEZ REGARDING DEFENDANT'S DIETARY NEEDS.

**OFFICER MARTINEZ:** INDICATES WILL SPEAK WITH RESIDENTIAL REENTRY CENTER REGARDING CONCERN.

**COURT IN RECESS: 8:53 AM**